BROWNOLD v. RODBELL. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Samuel Brownold against David Rodbell. No opinion. Motion denied, with $10 costs. Order filed. See, also, 114 N. Y. Supp. 846.

BROWNRIDGE v. SCHAIBLE et al. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Thomas Brownridge against John Schaible and another. No opinion. Motion granted, with $10 costs. Order filed.

BRUNTON v. MORZYCKI et al. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) Action by James Brunton against Nicorem B. Morzycki and others. No opinion. Orders of the Municipal Court affirmed, with $10 costs and disbursements.

BUCKLEY, WOODHULL & BURNS, Inc., Appellant, v. HENRY STEERS, Inc., Respondent. (Supreme Court, Appellate Division, Second Department. March 12, 1909.) Action by Buckley, Woodhull & Burns, Incorporated, against Henry Steers, Incorporated. No opinion. Judgment of the Municipal Court affirmed, with costs.

BUCKLEY, WOODHULL & BURNS, Inc., Appellant, v. TONKONOGY, Respondent, et al. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Buckley, Woodhull & Burns, Incorporated, against George Tonkonogy, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs, with leave to plead over on payment.

BUELLESBACH, Respondent, v. HENDERSON, Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Joseph Buellesbach against William Henderson. H. C. Henderson, for appellant. F. C. Reed, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 112 App. Div. 1, 98 N. Y. Supp. 36.

BUGE v. KAISER. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Richard Buge against Herman Kaiser. No opinion. Motion granted, with $10 costs. Order filed.

BULL et al., Respondents, v. GLASS, Appellant. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by William L. Bull and others against Chester Glass. B. L. Peck, for appellant. H. F. Stone, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BURGESS, Respondent, v. BORDEN'S CONDENSED MILK CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Ida L. Burgess against Borden's Condensed Milk Company. T. M. Rowlette, for appellant. C. J. Earley, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, J., dissents.

BURKE, Respondent, v. SUNDSTROM et al., Appellants. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by John W. Burke against Charles Sundstrom and another. R. M. Cox, for appellants. J. E. Whiting, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BURKE, Appellant, v. WESTPHAL et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Joseph Burke against Louis Westphal and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

CÆSAR MISCH INCORPORATION, Respondent, v. MOSHEIM, Appellant. (Supreme Court, Appellate Division, First Department. March 5, 1909.) Action by the Cæsar Misch Incorporation against Julius E. Mosheim. F. Bien, for appellant. S. De Young, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 123 App. Div. 322, 107 N. Y. Supp. 1092.

CAFFREY, Appellant, v. WILKIE et al., Respondents. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by Bessie M. V. Caffrey against John L. Wilkie and others. C. Norwood, for appellant. W. Rand, Jr., for respondents. No opinion. Judgment affirmed, with costs. Order filed.

CAHILL, Respondent, v. UNITED STATES CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Peter Cahill against the United States Casualty Company. No opinion. Order affirmed, with $10 costs and disbursements.

CALDER v. BEYER. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Fred V. Calder against Gustav E. Beyer. With this case has been consolidated in this court cases bearing titles as follows: Hy. G. Hazen v. Thos. E. Munday; Hy. Hooper v. New York Transp. Co.; Louis Cohn v. Geo. B. Fiske; R. J. Weld v. Lelia Broadbelt. No opinions. Applications denied, with $10 in each case. Orders signed.

CAMPBELL, Respondent, v. NEW YORK, C. & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Jacob Campbell against the New York, Chicago & St. Louis Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. *Held*, that parol proof